App. Div.]  First Department, October, 1910.

Patrick Corless, Appellant, v. William T. Carlisle, as the Ancillary Executor, etc., of Bryan Nevins, Deceased, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. William Rosato, Appellant.— Judgment and order affirmed. No opinion.

George J. Gould, Respondent, v. Edwin Gould and Others, Impleaded with Katherine Gould, Appellant. — Judgment affirmed, with costs. No opinion.

Abraham Scheer, Appellant, v. Herman Markowitz, Respondent.— Order setting aside verdict affirmed, with costs. No opinion.

Ernest O. Jacobsen, Appellant, v. Daniel Guggenheim and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Annie Jenner, as Administratrix, etc., of William J. Jenner, Deceased, Respondent, 'v. Julian B. Shope, Appellant.— Determination of Appellate Term and judgment of the Municipal Court reversed and new trial ordered, with costs to appellant to abide event on the dissenting opinion of Bijur, J., at the Appellate Term. (Reported in 67 Misc. Rep. 159, 161.)

Bartholomew Moynahan, Respondent, v. The City of New York, Appellant. (Totterman Case.)— Judgment and order affirmed, with costs. No opinion.

Bartholomew Moynahan, Respondent, v. The City of New York, Appellant. (Henderson Case.)— Judgment and order affirmed, with costs. No opinion.

Tiffany and Company, Appellant, v. Emma F. Sully, Respondent.— Judgment and order affirmed, with costs. No opinion.

The City of New York, Appellant, v. The New York Mutual Gas Light Company, Respondent. — Judgment affirmed, with costs, on the opinion in City of New York v. New York Mutual Gas Light Co. (135 App. Div. 260).

Theodore Dwight, Respondent, v. The Carmen-Guanajuato Gold Mining Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Margaret Nanry, Appellant, v. George Whitlock, as Executor, and James Fallon, an Infant, as Sole Legatee of the Last Will and Testament of James Kelly, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William W. Johnston, Respondent, v. John D. Ryan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert J. Collier, Respondent, v. E. Milton Jones, Doing Business as University Library Extension, Appellant, Impleaded with The Circle Publishing Company and Others.— Order modified as provided in order, and as modified affirmed, with ten dollars costs and disbursements. No opinion.

Charles W. Eliot, Respondent, v. E. Milton Jones, Doing Business as The University Library Extension, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles W. Eliot, Respondent, v. E. Milton Jones, Doing Business as The University Library Extension, Appellant, Impleaded with The Circle Publishing Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Supplementary Proceedings: Silvino Muscardelli, Administrator, etc., of Antonio Muscardelli, Deceased, Judgment Creditor, Appellant, v.